56,008-01

To Whom this may Concern:                                    4-30-15

I'm in a special learning program here at the Hodge Unit.
I Would like to receive any Kind of free legal material on
ineffective assistanc and hotel room Search on guest.
Also, I would like to receive something on Post-Con-
viction Legal Remedies.
Your assistance in this matter is greatly Appreciated.
I thank you for all your time and effort!

Thanking you in ad-
vance,
Cletus Mab
Cletus Malone

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk